# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROWN,<br><br>      Plaintiff,<br><br>  vs.<br><br>STATE OF CALIFORNIA DEPT.<br>OF CORRECTIONS, et al.,<br><br>      Defendants. | Case No. EDCV 08-65-CAS (JWJ)<br><br>**ORDER TO SHOW CAUSE<br>REGARDING DISMISSAL** |

The records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not filed proof of service of the Summons and Complaint on defendant. More than 120 days have elapsed since the filing of the Complaint. <u>See</u> Fed.R.Civ.P. 4(m).

IT IS HEREBY ORDERED that plaintiff show cause within **ten (10) days** of the date of this Order why this case should not be dismissed for failure to diligently prosecute, Fed.R.Civ.P. 4(m) and 41(b), or within that same time period, file proof that service has been timely effected.

///
///
///

1       Failure to timely comply with this Order shall result in the Magistrate
2 Judge recommending the case be dismissed without prejudice pursuant to
3 Federal Rules of Civil Procedure 4(m) and 41(b).

5 DATED:  June 29, 2009

                                                /s/
                                  JEFFREY W. JOHNSON
                                 United States Magistrate Judge