```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              DEC 2 9 2010

                         CENTRAL DISTRICT OF CALIFORNIA
                         EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. EDCV 08-0065-CAS (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: _December 29, 2010_

　　　　　　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_
　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE