JS6

```
                    FILED
          CLERK, U.S. DISTRICT COURT

               DEC 29 2010

     CENTRAL DISTRICT OF CALIFORNIA
     EASTERN DIVISION        BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,  )  | Case No. EDCV 08-0065-CAS (DTB) |
| )  | |
| Plaintiff,  )  | |
| )  | **JUDGMENT** |
| vs.  )  | |
| )  | |
| STATE OF CALIFORNIA )  | |
| DEPARTMENT OF )  | |
| CORRECTIONS, et al.,  )  | |
| )  | |
| Defendants.  )  | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered and that this action is dismissed without prejudice.

DATED: December 29, 2010

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE